United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 14, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-60379
Summary Calendar

DWIGHT T SPRINGFIELD,

Plaintiff - Appellant,

versus

HEILIG-MEYERS FURNITURE COMPANY; RICKY SLAUGHTER,

Defendants - Appellees.

Appeal from the United States District Court
Northern District of Mississippi, Greenville
(No. 4:02-CV-161-P-D)

Before GARZA, DEMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Plaintiff-appellant Springfield appeals from the district court's decision granting summary judgment on his Title VII, intentional torts, negligence and wrongful termination claims. For essentially the reasons stated in the district court's order, we AFFIRM.

---

[*] Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.